**IT IS ORDERED as set forth below:**

**Date: January 31, 2024**



Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-40569-EJC |
| | : | |
| MASTER LENDING GROUP, LLC, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |
| PRUCO LIFE INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Adv. Pro. No. 23-04021-EJC |
| | : | |
| JUDITH HIRSCH, individually, and TIFFANY CARON, solely in her capacity as Chapter 7 Trustee for the bankruptcy estate of Master Lending Group, LLC, | : | |
| | : | |
| Defendants. | : | |

# ORDER GRANTING AMENDED MOTION FOR ENTRY OF CONSENT ORDER EXTENDING TIME FOR DEFENDANT TIFFANY CARON, SOLELY IN HER CAPACITY AS CHAPTER 7 TRUSTEE, TO FILE AND SERVE HER ANSWER OR RESPONSIVE PLEADING

This matter is before the Court on the *Amended Motion for Entry of Consent Order Extending Time for Defendant Tiffany Caron, Solely in Her Capacity as Chapter 7 Trustee, to File and Serve Her Answer or Responsive Pleading* (the "Motion"). By the Motion, Defendant Tiffany Caron, solely in her capacity as Chapter 7 Trustee ("Defendant Trustee") seeks the entry of an order extending until February 9, 2024, the time within which Defendant Trustee may file and serve her answer or other responsive pleading. For good cause shown, it is hereby

ORDERED that the Motion is ***granted***.  It is hereby further

ORDERED that the time within which Defendant Trustee may file and serve her answer or other responsive pleading is extended through February 9, 2024.

[***END OF DOCUMENT***]

Prepared, presented, and consented to by:

TAYLOR ENGLISH DUMA, LLP

By: */s/John K. Rezac*
John K. Rezac
Georgia Bar No. 601935
1600 Parkwood Circle, SE
Suite 200
Atlanta, Georgia 30339
Phone: (770) 434-6868
jrezac@taylorenglish.com
*Counsel for Defendant Trustee*

Consented to by:

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

*/s/Ellen L. Ash*
ELLEN L. ASH
Georgia Bar No. 289670
365 Northridge Road, Suite 230
Atlanta, GA 30350
ellen.ash@qpwblaw.com

*Counsel for Plaintiff*