# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| In re:<br><br>**MASTER LENDING GROUP, LLC,**<br><br>    Debtor. | **Chapter 7**<br><br>**Case No. 23-40569** |
| **PRUCO LIFE INSURANCE COMPANY,**<br><br>    Plaintiff,<br><br>    v.<br><br>**JUDITH HIRSCH, individually, and TIFFANY CARON, solely in her capacity as Chapter 7 Trustee for the bankruptcy estate of Master Lending Group, LLC,**<br><br>    Defendants. | **Adv. Proc. No. 23-04021-EJC** |

## DISCLOSURE STATEMENT – S.D. Ga LR 7.1.1

The undersigned, counsel of record for Judith Hirsch, certifies that the following is a full and complete list of the parties in this action:

| Name | Identification and Relationship |
|---|---|
| Pruco Life Insurance Company | Plaintiff |
| Judith Hirsch | Defendant |
| Tiffany Caron, solely in her capacity as Chapter 7 Trustee for the bankruptcy estate of Master Lending Group, LLC | Defendant |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identifies parties:

| Name | Identification and Relationship |
|---|---|
| Pruco Life Insurance Company | Defendant Hirsch adopts the information submitted by Plaintiff Pruco Life Insurance Company in their Disclosure Statement. *See* Doc. No. 10. |
| Judith Hirsch | None. |
| Tiffany Caron, solely in her capacity as Chapter 7 Trustee for the bankruptcy estate of Master Lending Group, LLC | Tiffany Caron, Chapter 7 Trustee for the bankruptcy estate of Master Lending Group, LLC. |

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

None except as set forth in Plaintiff Pruco Life Insurance Company Disclosure Statement. *See* Doc. No. 10.

Respectfully submitted this 2nd day of February, 2024.

**JONES & WALDEN LLC**

/s/ *Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
Attorney for Defendant
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
LJones@joneswalden.com

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| **In re:** <br><br> **MASTER LENDING GROUP, LLC,** <br><br> Debtor. | **Chapter 7** <br><br> **Case No. 23-40569** |
| **PRUCO LIFE INSURANCE COMPANY,** <br><br> Plaintiff, <br><br> v. <br><br> **JUDITH HIRSCH, individually, and TIFFANY CARON, solely in her capacity as Chapter 7 Trustee for the bankruptcy estate of Master Lending Group, LLC,** <br><br> Defendants. | **Adv. Proc. No. 23-04021-EJC** |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Disclosure Statement S.D. Ga LR 7.1.1* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the *Disclosure Statement S.D. Ga LR 7.1.1* to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Ellen Louise Ash**    ellen.ash@qpwblaw.com
- **John K. Rezac**    jrezac@taylorenglish.com
- **Timothy D. Roberts**    troberts@olivermaner.com
- **Natalie Rowland**    nrowland@taylorenglish.com
- **Christopher Brent Wardrop**    justin.plean@qpwblaw.com

This 2nd day of February, 2024.

                 **JONES & WALDEN LLC**
                 */s/ Leon S. Jones*
                 Leon S. Jones
                 Georgia Bar No. 003980
                 699 Piedmont Avenue, NE, Atlanta, GA 30308
                 Attorney for Defendant
                 (404) 564-9300 || ljones@joneswalden.com