United States Bankruptcy Court

Southern District of Georgia

Pruco Life Insurance Company,
    Plaintiff

Adv. Proc. No. 23-04021-EJC

Hirsch,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 113J-4      User: admin      Page 1 of 2
Date Rcvd: Jan 31, 2024      Form ID: pdf004      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Judith Hirsch, 308 Megan Court, Savannah, GA 31405-5956 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: ustpregion21.sv.ecf@usdoj.gov | Jan 31 2024 18:33:00 | Office of the U.S. Trustee, 33 Bull Street, Suite 400, Savannah, GA 31401-3331 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the U. S. Trustee, 33 Bull Street, Suite 400, Savannah, GA 31401-3331 |
| cc | *+ | Judith Hirsch, 308 Megan Court, Savannah, GA 31405-5956 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2024 at the address(es) listed below:

**Name**      **Email Address**

Christopher Brent Wardrop
    on behalf of Plaintiff Pruco Life Insurance Company justin.plean@qpwblaw.com

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 31, 2024 | Form ID: pdf004 | Total Noticed: 2 |

Ellen Louise Ash
    on behalf of Plaintiff Pruco Life Insurance Company ellen.ash@qpwblaw.com

John K. Rezac
    on behalf of Defendant Tiffany Caron jrezac@taylorenglish.com

Leon S. Jones
    on behalf of Counter-Claimant Judith Hirsch ljones@joneswalden.com
    jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com

Natalie Rowland
    on behalf of Defendant Tiffany Caron nrowland@taylorenglish.com

TOTAL: 5

**IT IS ORDERED as set forth below:**

**Date: January 31, 2024**

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-40569-EJC |
| | : | |
| MASTER LENDING GROUP, LLC, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____ | : | |
| | : | |
| PRUCO LIFE INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Adv. Pro. No. 23-04021-EJC |
| | : | |
| JUDITH HIRSCH, individually, and | : | |
| TIFFANY CARON, solely in her capacity | : | |
| as Chapter 7 Trustee for the bankruptcy | : | |
| estate of Master Lending Group, LLC, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

# ORDER GRANTING AMENDED MOTION FOR ENTRY OF CONSENT ORDER EXTENDING TIME FOR DEFENDANT TIFFANY CARON, SOLELY IN HER CAPACITY AS CHAPTER 7 TRUSTEE, TO FILE AND SERVE HER ANSWER OR RESPONSIVE PLEADING

This matter is before the Court on the *Amended Motion for Entry of Consent Order Extending Time for Defendant Tiffany Caron, Solely in Her Capacity as Chapter 7 Trustee, to File and Serve Her Answer or Responsive Pleading* (the "Motion"). By the Motion, Defendant Tiffany Caron, solely in her capacity as Chapter 7 Trustee ("Defendant Trustee") seeks the entry of an order extending until February 9, 2024, the time within which Defendant Trustee may file and serve her answer or other responsive pleading. For good cause shown, it is hereby

ORDERED that the Motion is ***granted***. It is hereby further

ORDERED that the time within which Defendant Trustee may file and serve her answer or other responsive pleading is extended through February 9, 2024.

[***END OF DOCUMENT***]

Prepared, presented, and consented to by:

TAYLOR ENGLISH DUMA, LLP

By: */s/John K. Rezac*
John K. Rezac
Georgia Bar No. 601935
1600 Parkwood Circle, SE
Suite 200
Atlanta, Georgia 30339
Phone: (770) 434-6868
jrezac@taylorenglish.com
*Counsel for Defendant Trustee*

Consented to by:

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

*/s/Ellen L. Ash*
ELLEN L. ASH
Georgia Bar No. 289670
365 Northridge Road, Suite 230
Atlanta, GA 30350
ellen.ash@qpwblaw.com

*Counsel for Plaintiff*

3