## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| In re:<br><br>**MASTER LENDING GROUP, LLC,**<br><br>    Debtor. | **Chapter 7**<br><br>**Case No. 23-40569** |
| **PRUCO LIFE INSURANCE COMPANY,**<br><br>    Plaintiff,<br><br>    v.<br><br>**JUDITH HIRSCH, individually, and TIFFANY CARON, solely in her capacity as Chapter 7 Trustee for the bankruptcy estate of Master Lending Group, LLC,**<br><br>    Defendants. | **Adv. Proc. No. 23-04021-EJC** |

## **JURY DEMAND**

COMES NOW Defendant Judith Hirsch ("Defendant") and respectfully files this *Jury Demand*. Pursuant to this Jury Demand, Defendant requests a trial by jury as to all issues so triable.

Respectfully submitted this 7th day of February, 2024.

                                               **JONES & WALDEN LLC**

                                               /s/ *Leon S. Jones*
                                               Leon S. Jones
                                               Georgia Bar No. 003980
                                               Attorney for Defendant
                                               699 Piedmont Avenue, NE
                                               Atlanta, Georgia 30308
                                               (404) 564-9300
                                               LJones@joneswalden.com

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| In re:<br><br>**MASTER LENDING GROUP, LLC,**<br><br>   Debtor. | **Chapter 7**<br><br>**Case No. 23-40569** |
| **PRUCO LIFE INSURANCE COMPANY,**<br><br>   Plaintiff,<br><br>   v.<br><br>**JUDITH HIRSCH, individually, and TIFFANY CARON, solely in her capacity as Chapter 7 Trustee for the bankruptcy estate of Master Lending Group, LLC,**<br><br>   Defendants. | **Adv. Proc. No. 23-04021-EJC** |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Jury Demand* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the *Jury Demand* to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Ellen Louise Ash**   ellen.ash@qpwblaw.com
- **Natalie Rowland**   nrowland@taylorenglish.com
- **Christopher Brent Wardrop**   justin.plean@qpwblaw.com

This 7th day of February, 2024.

                                      **JONES & WALDEN LLC**

                                      */s/ Leon S. Jones*
                                      Leon S. Jones
                                      Georgia Bar No. 003980
                                      699 Piedmont Avenue, NE
                                      Atlanta, GA 30308
                                      Attorney for Defendant
                                      (404) 564-9300
                                      ljones@joneswalden.com