United States Bankruptcy Court

Southern District of Georgia

Pruco Life Insurance Company,
    Plaintiff

Adv. Proc. No. 23-04021-EJC

Hirsch,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 113J-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 14, 2024 | Form ID: GASA10 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Judith Hirsch, 308 Megan Court, Savannah, GA 31405-5956 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: ustpregion21.sv.ecf@usdoj.gov | Feb 14 2024 18:25:00 | Office of the U.S. Trustee, 33 Bull Street, Suite 400, Savannah, GA 31401-3331 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the U. S. Trustee, 33 Bull Street, Suite 400, Savannah, GA 31401-3331 |
| cc | *+ | Judith Hirsch, 308 Megan Court, Savannah, GA 31405-5956 |
| crd | *+ | Judith Hirsch, 308 Megan Court, Savannah, GA 31405-5956 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Brent Wardrop | on behalf of Counter-Defendant Pruco Life Insurance Company justin.plean@qpwblaw.com |

Case:23-04021-EJC  Doc#:24  Filed:02/16/24  Entered:02/17/24 00:29:29  Page:2 of 3

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 14, 2024 | Form ID: GASA10 | Total Noticed: 2 |

Christopher Brent Wardrop
    on behalf of Plaintiff Pruco Life Insurance Company justin.plean@qpwblaw.com

Ellen Louise Ash
    on behalf of Counter-Defendant Pruco Life Insurance Company ellen.ash@qpwblaw.com

Ellen Louise Ash
    on behalf of Plaintiff Pruco Life Insurance Company ellen.ash@qpwblaw.com

John K. Rezac
    on behalf of Defendant Tiffany Caron jrezac@taylorenglish.com

John K. Rezac
    on behalf of Cross-Claimant Tiffany Caron jrezac@taylorenglish.com

Leon S. Jones
    on behalf of Counter-Claimant Judith Hirsch ljones@joneswalden.com
    jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com

Leon S. Jones
    on behalf of Defendant Judith Hirsch ljones@joneswalden.com
    jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com

Natalie Rowland
    on behalf of Defendant Tiffany Caron nrowland@taylorenglish.com

Timothy D. Roberts
    on behalf of Defendant Judith Hirsch troberts@olivermaner.com

Timothy D. Roberts
    on behalf of Counter-Claimant Judith Hirsch troberts@olivermaner.com

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:

Master Lending Group, LLC
Chapter 7  Case No. 23−40569−EJC
    *Debtor(s).*

Pruco Life Insurance Company
    *Plaintiff(s)*

vs.

Judith Hirsch
Tiffany Caron
    *Defendant(s)*

Adversary Proceeding
No. 23−04021−EJC

## NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING

*NOTICE IS HEREBY GIVEN THAT:* a Status Conference will be held on:

*March 6, 2024, at 10:00 AM*
*124 Barnard Street, 2nd Floor Hearing Room, Savannah, GA 31401*

*Dana M. Wilson, Clerk*
United States Bankruptcy Court
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412

Dated: **February 14, 2024**

A−10[Rev. 01/23] *LLE*