# IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| MASTER LENDING GROUP, LLC, | ) | |
| | ) | Number 23-40569-EJC |
| *Debtor.* | ) | |
| | ) | |
| PRUCO LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Adversary Proceeding |
| v. | ) | |
| | ) | Number 23-04021-EJC |
| JUDITH HIRSCH and TIFFANY E. CARON, Chapter 7 Trustee, | ) | |
| | ) | |
| *Defendants.* | ) | |

## ORDER DENYING MOTION TO APPEAR BY PHONE

On December 28, 2023, Pruco Life Insurance Company ("Pruco") filed this adversary proceeding seeking to interplead proceeds of a life insurance policy allegedly purchased by and covering Gregory M. Hirsch, who passed away on August 3, 2023. (Adv. Dckt. 1). Defendant Judith Hirsch, Mr. Hirsch's widow, filed an answer, a claim for the funds, and a counterclaim against Pruco for interest. (Adv.

Dckt. 12). Defendant Tiffany E. Caron, the Chapter 7 Trustee, filed an answer and a cross-claim against Judith Hirsch. (Adv. Dckt. 18). The Court scheduled a status conference in this matter for March 6, 2024. (Adv. Dckt. 21). On February 16, 2024, Pruco moved for permission to appear at the status conference by telephone or Zoom. The Court, however, cannot grant Pruco's request because hearings in the Savannah Division take place in a temporary courtroom that cannot accommodate appearances by telephone or Zoom. Pruco's motion is hereby **DENIED**.

Dated at Savannah, Georgia, this 21st day of February, 2024.

_____
Edward J. Coleman, III, Chief Judge
United States Bankruptcy Court
Southern District of Georgia