United States Bankruptcy Court

Southern District of Georgia

Pruco Life Insurance Company,
    Plaintiff

Adv. Proc. No. 23-04021-EJC

Hirsch,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 113J-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 21, 2024 | Form ID: pdf004 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Judith Hirsch, 308 Megan Court, Savannah, GA 31405-5956 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| intp | + Email/Text: ustpregion21.sv.ecf@usdoj.gov | Feb 21 2024 18:33:00 | Office of the U.S. Trustee, 33 Bull Street, Suite 400, Savannah, GA 31401-3331 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the U. S. Trustee, 33 Bull Street, Suite 400, Savannah, GA 31401-3331 |
| cc | *+ | Judith Hirsch, 308 Megan Court, Savannah, GA 31405-5956 |
| crd | *+ | Judith Hirsch, 308 Megan Court, Savannah, GA 31405-5956 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Brent Wardrop | on behalf of Counter-Defendant Pruco Life Insurance Company justin.plean@qpwblaw.com |

Case:23-04021-EJC   Doc#:26   Filed:02/23/24   Entered:02/24/24 00:38:15   Page:2 of 4

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 21, 2024 | Form ID: pdf004 | Total Noticed: 2 |

Christopher Brent Wardrop
    on behalf of Plaintiff Pruco Life Insurance Company justin.plean@qpwblaw.com

Ellen Louise Ash
    on behalf of Counter-Defendant Pruco Life Insurance Company ellen.ash@qpwblaw.com

Ellen Louise Ash
    on behalf of Plaintiff Pruco Life Insurance Company ellen.ash@qpwblaw.com

John K. Rezac
    on behalf of Defendant Tiffany Caron jrezac@taylorenglish.com

John K. Rezac
    on behalf of Cross-Claimant Tiffany Caron jrezac@taylorenglish.com

Leon S. Jones
    on behalf of Counter-Claimant Judith Hirsch ljones@joneswalden.com
    jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com

Leon S. Jones
    on behalf of Defendant Judith Hirsch ljones@joneswalden.com
    jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com

Natalie Rowland
    on behalf of Defendant Tiffany Caron nrowland@taylorenglish.com

Timothy D. Roberts
    on behalf of Defendant Judith Hirsch troberts@olivermaner.com

Timothy D. Roberts
    on behalf of Counter-Claimant Judith Hirsch troberts@olivermaner.com

TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| In re: | |
| MASTER LENDING GROUP, LLC, | Chapter 7 |
| *Debtor.* | Number 23-40569-EJC |
| PRUCO LIFE INSURANCE COMPANY, | |
| *Plaintiff,* | |
| v. | Adversary Proceeding |
| JUDITH HIRSCH and TIFFANY E. CARON, Chapter 7 Trustee, | Number 23-04021-EJC |
| *Defendants.* | |

## ORDER DENYING MOTION TO APPEAR BY PHONE

On December 28, 2023, Pruco Life Insurance Company ("Pruco") filed this adversary proceeding seeking to interplead proceeds of a life insurance policy allegedly purchased by and covering Gregory M. Hirsch, who passed away on August 3, 2023. (Adv. Dckt. 1). Defendant Judith Hirsch, Mr. Hirsch's widow, filed an answer, a claim for the funds, and a counterclaim against Pruco for interest. (Adv.

Dckt. 12). Defendant Tiffany E. Caron, the Chapter 7 Trustee, filed an answer and a cross-claim against Judith Hirsch. (Adv. Dckt. 18). The Court scheduled a status conference in this matter for March 6, 2024. (Adv. Dckt. 21). On February 16, 2024, Pruco moved for permission to appear at the status conference by telephone or Zoom. The Court, however, cannot grant Pruco's request because hearings in the Savannah Division take place in a temporary courtroom that cannot accommodate appearances by telephone or Zoom. Pruco's motion is hereby **DENIED**.

Dated at Savannah, Georgia, this 21st day of February, 2024.

_____
Edward J. Coleman, III, Chief Judge
United States Bankruptcy Court
Southern District of Georgia