**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| **In re:** **MASTER LENDING GROUP, LLC,** Debtor. | **Chapter 7** **Case No. 23-40569** |
| **PRUCO LIFE INSURANCE COMPANY,** Plaintiff, v. **JUDITH HIRSCH, individually, and TIFFANY CARON, solely in her capacity as Chapter 7 Trustee for the bankruptcy estate of Master Lending Group, LLC,** Defendants. | **Adv. Proc. No. 23-04021-EJC** |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2024, I caused true and correct copies of *Judith Hirsch's Interrogatories to Tiffany Caron, solely in her capacity as Chapter 7 Trustee for the bankruptcy estate of Master Lending Group, LLC*, *Judith Hirsch's Request for Production to Tiffany Caron, solely in her capacity as Chapter 7 Trustee for the bankruptcy estate of Master Lending Group, LLC, and Judith Hirsch's Request for Admissions to Tiffany Caron, solely in her capacity as Chapter 7 Trustee for the bankruptcy estate of Master Lending Group, LLC* via the methods indicated below to the parties listed below:

*Via Hand-Delivery*:
John K. Rezac
Taylor English Duma LLP
1600 Parkwood Cir, Ste 400
Atlanta, GA 30339

*Via Hand-Delivery:*
Natalie Rowland
Taylor English Duma
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339

*Via U.S. Mail and Email*:
Tiffany E. Caron
P.O. Box 711
West Palm Beach, FL 33402
tiffany.caron@hotmail.com

This 27th day of March, 2024.

**JONES & WALDEN LLC**
*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
699 Piedmont Avenue, NE, Atlanta, GA 30308
(404) 564-9300 || ljones@joneswalden.com
Attorney for Judith Hirsch