# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:

Master Lending Group, LLC
Chapter 7  Case No. 23–40569–EJC
    *Debtor(s).*

Pruco Life Insurance Company
    *Plaintiff(s)*

vs.

Judith Hirsch
Tiffany Caron
    *Defendant(s)*

Adversary Proceeding
No. 23–04021–EJC

## ORDER REQUIRING SERVICE BY TRUSTEE

**IT IS ORDERED THAT:**

1) TRUSTEE shall serve , INSTANTER , a copy of Motion to Approve Compromise/Settlement by Trustee (Docket #41) and Notice of Hearing (Docket #42) to all parties required by the Bankruptcy Code and Rules.

2) TRUSTEE shall complete and file with the Court a Certificate of Service immediately upon serving the required document(s).



Edward J. Coleman III
United States Bankruptcy Judge
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412

Dated: **July 2, 2024**

*B−07 [Rev. 01 /23]* **LLE**