**IT IS ORDERED as set forth below:**

**Date: July 5, 2024**

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| **In re:** <br><br> **MASTER LENDING GROUP, LLC,** <br><br>    Debtor. | Chapter 7 <br><br> Case No. 23-40569-EJC |
| **PRUCO LIFE INSURANCE COMPANY,** <br><br>    Plaintiff, <br><br>    v. <br><br> **JUDITH HIRSCH, individually, and TIFFANY CARON, solely in her capacity as Chapter 7 Trustee for the bankruptcy estate of Master Lending Group, LLC,** <br><br>    Defendants. | Adv. Proc. No. 23-04021-EJC |

**CONSENT ORDER GRANTING MOTION TO STAY PROCEEDINGS**

The Court having considered the Parties' *Joint Motion to Stay Proceedings* (the "Motion") in this action, and for good cause shown,

**IT IS HEREBY ORDERED** that the Joint Motion to Stay Proceedings is **GRANTED** and that this action is hereby stayed pending further order of the Court.

**[END OF DOCUMENT]**

| Prepared by: | Consented to by: |
|---|---|
| */s/ Leon S. Jones* | */s/ Tiffany E. Caron* |
| Leon S. Jones | Tiffany E. Caron |
| Georgia Bar No. 003980 | Georgia Bar No. 745089 |
| Attorney for Judith D. Hirsch | Attorney for Chapter 7 Trustee |
| 699 Piedmont Avenue NE | P.O. Box 711 |
| Atlanta, Georgia, 30308 | West Palm Beach, Florida 33402 |
| (404) 564-9300 | (404) 647-4917 |
| ljones@joneswalden.com | tiffany.caron@hotmail.com |